UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUANITA L. MORGAN,

      Plaintiff,                               Case No. 05-74049
                                                    Hon. Gerald E. Rosen

vs.

DAIMLERCHRYSLER WARREN
TRUCK PLANT, *et al.,*

      Defendants.
_____/

## ORDER EXTENDING TIME FOR SERVICE AND
## DIRECTING UNITED STATES MARSHAL TO SERVE COMPLAINT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    November 15, 2006

PRESENT:  Honorable Gerald E. Rosen
                    United States District Judge

      Through an earlier order dated June 27, 2006, the Court extended the time limit for service of the summons and complaint in this case, and directed the United States Marshal to serve a summons and a copy of the complaint upon the two Defendants that had yet to be served at that point.  Since that time, one of these two Defendants has been successfully served, but the other — Dr. Stuart Fenton — has not.  Moreover, the extension granted in the Court's June 27 order has now expired.  The Court having reviewed the record as a whole, and being otherwise fully advised in the premises,

      NOW, THEREFORE, IT IS HEREBY ORDERED that the time limit for service

of the summons and complaint in this case, as previously extended in a June 27, 2006 order, is again EXTENDED for an additional period of *ninety (90) days* from the date of this order.  IT IS FURTHER ORDERED that the United States Marshal shall, in accordance with the Court's earlier and present orders, promptly and properly serve a summons and a copy of the complaint upon the sole Defendant that has yet to be served, Dr. Stuart Fenton.[1]

                                            s/Gerald E. Rosen
                                            Gerald E. Rosen
                                            United States District Judge

Dated:  November 15, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 15, 2006, by electronic and/or ordinary mail.

                                            s/LaShawn R. Saulsberry
                                            Case Manager

---

[1]To the extent that the parties or counsel have information concerning the proper address for service of this Defendant, they are urged to provide this information to the Court and the U.S. Marshal so that this remaining party may be promptly and properly served.