## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JUANITA L. MORGAN,

        Plaintiff,                                Case No. 05-74049
                                               Hon. Gerald E. Rosen

vs.

DAIMLERCHRYSLER WARREN
TRUCK PLANT, *et al.,*

        Defendants.
_____/

## ORDER REGARDING
## TWO PENDING MOTIONS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    November 15, 2006   

PRESENT:  Honorable Gerald E. Rosen
                 United States District Judge

Two motions filed by Plaintiff currently are pending before the Court in this case.

In the first of these motions, filed on September 14, 2006, Plaintiff seeks to remove from

the docket a medical report prepared by Defendant Stuart Fenton. (See Docket Entry 18,

filed by Plaintiff on May 9, 2006.)  In support of this motion, Plaintiff cites certain

personal and confidential information in this report that has no relevance to the claims she

has asserted in this case.  The Court readily agrees that Plaintiff's request should be

granted.  Accordingly, as stated below, the Court grants the relief sought in this motion.

Next, by motion filed on August 31, 2006, Plaintiff seeks leave to amend her

complaint to name two additional individuals as Defendants. Yet, Plaintiff has not identified any ground for charging either of these two individuals with liability for the underlying wrong that forms the basis for her claims in this case — namely, the termination of her employment. Rather, it appears that these two individuals are merely potential fact witnesses who might have some personal knowledge of the events surrounding the termination of Plaintiff's employment. It is not necessary to name these individuals as parties in order to obtain information from them concerning such relevant personal knowledge as they may possess. Accordingly, the Court declines to grant the relief sought in this motion.

For these reasons,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's September 14, 2006 motion to alter the record is GRANTED. IT IS FURTHER ORDERED that Docket Entry #18, filed by Plaintiff on May 9, 2006, be STRICKEN from the docket in this case.[1]

---

[1]If Plaintiff wishes to resubmit a redacted version of this document, she should consider filing it under seal in accordance with the terms of a protective order as agreed to among the parties. Some of the Defendants, at least, have apparently sought such a protective order, but Plaintiff evidently has been unwilling to date to agree to the terms of such an order.

Finally, IT IS FURTHER ORDERED that Plaintiff's August 31, 2006 motion to amend

complaint is DENIED.

<div style="margin-left: 40%;">

s/Gerald E. Rosen

Gerald E. Rosen
United States District Judge

</div>

Dated:  November 15, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record
on November 15, 2006, by electronic and/or ordinary mail.

<div style="margin-left: 40%;">

s/LaShawn R. Saulsberry

Case Manager

</div>