UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUANITA L. MORGAN,

       Plaintiff,                  Case No. 05-74049

v.                                    District Judge Gerald E. Rosen
                                         Magistrate Judge R. Steven Whalen

DAIMLERCHRYSLER WARREN
TRUCK, et al.,

       Defendants.
_____/

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**

Before the Court is Defendant DaimlerChrysler's Motion for Protective Order [Docket #49], filed November 9, 2006, which has been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). Plaintiff has not filed a response. This motion will be submitted and determined without oral hearing. E.D. Mich. L.R. 7.1(e)(2).

The protective order proposed by Defendant[1] does not limit discovery, but rather limits the dissemination of confidential or proprietary information outside the context of this lawsuit, and provides a mechanism that protects the interests of all parties. There is nothing remarkable or unusual about the proposed order, and indeed, similar orders have been entered in countless other cases.

---

[1] Attached to Defendant's Motion as Exhibit B.

Accordingly, Defendant's Motion for Protective Order [Docket #49] is GRANTED. Within seven days of the date of this Order, Defendant shall electronically file a "Proposed Protective Order," prepared for the signature of and entry by the undersigned Magistrate Judge.

    SO ORDERED.

                                          S/R.  Steven Whalen
                                          R.  STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated:  January 3, 2007

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 3, 2007.

                                          S/Gina Wilson
                                          Judicial Assistant